UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>JEAN A. DeGUTIS,<br><br>Debtor. | CHAPTER 13<br>CASE NO. 16-11692-JFB |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

In accordance with Fed. R. Bankr. P. 9010, please enter the appearance of Thomas S. Vangel on behalf of **Webster Bank, N.A.**, a creditor herein. The undersigned hereby requests that he be placed on the service list and, pursuant to Fed. R. Bankr. P. 2002, demands that all notices, papers, orders, pleadings, motions and all other documents and papers filed in connection with this case be served upon the undersigned at the office address set for the below.

/s/ Thomas S. Vangel
Thomas S. Vangel, Esq. BBO #552386
Murtha Cullina LLP
99 High Street
Boston, MA 02110
(617) 457-4072 Telephone
(617) 482-3868 Facsimile
tvangel@murthalaw.com

Dated: May 4, 2016

7006102v1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

JEAN A. DeGUTIS,

Debtor.

CHAPTER 13
CASE NO. 16-11692-JFB

## CERTIFICATE OF SERVICE

I, Thomas S. Vangel, hereby certify that on the 4th day of May, 2016 I served a copy of the ***Notice of Appearance and Request For Service of Papers***, via first-class mail, postage prepaid or by electronic mail upon the parties listed below:

/s/ Thomas S. Vangel
Thomas S. Vangel, Esq. BBO #552386
Murtha Cullina LLP
99 High Street
Boston, MA 02110
(617) 457-4072 Telephone
(617) 482-3868 Facsimile
tvangel@murthalaw.com

7006102v1

| | | |
|---|---|---|
| US Trustee's Office*<br>JW McCormack Post Office<br>5 Post Office Square, Ste. 1000<br>Boston, MA 02109 | Equitation Unlimited<br>44 Warren Street<br>Plainville, MA 02762 | Jean DeGutis<br>44 Warren Street<br>Plainville, MA 02762 |
| Honoria DaSilva-Kilgore, Esq.*<br>2 Richard Street<br>P.O. Box 277<br>Raynham, MA 02767 | Allied Account Services, Inc.<br>422 Bedford Avenue<br>Bellemore, NY 11710-3564 | American Express<br>P.O. box 360001<br>Fort Lauderdale, FL 33329 |
| Bank of America<br>P.O. Box 25118<br>Tampa, FL 336220- 5118 | Bank of America<br>P.O. Box 15025<br>Wilmington, DE 19886-5025 | Benjamin Michael & Assoc.<br>P.O. Box 41<br>Coram, NY 11727-0041 |
| Donnellon Orcutt Patch & Stallard<br>96 Broadway<br>Taunton, MA 02780-2533 | FMA Alliance Ltd.<br>P.O. Box 2409<br>Houston, TX 77252-2409 | HarbourOne Credit Union<br>P.O. Box 4139<br>Woburn, MA 01888-4139 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Law Office of Howard Lee Schiff<br>P.O. Box 280245<br>Hartford, CT 06128-0245 | Mass. Department of Revenue<br>P.O. Box 7010<br>Boston, MA 02204-7010 |
| National Grid<br>P.O. Box 11737<br>Newark, NJ 07101-4747 | Santoro Oil Family of Companies<br>P.O. Box 9063<br>Providence, RI 02940-9063 | Southwest Credit Systems, LP<br>4120 International Pkwy Ste. 1100<br>Carrollton, TX 75007-1958 |
| Sunrise Credit Services<br>P.O. Box 9100<br>Farmingdale, NY 11735-9100 | Town of Plainville<br>P.O. Box 1795<br>Plainville, MA 02762-0795 | Verizon Wireless<br>P.O. Box 15064<br>Albany, NY 12212-5064 |
| Webster Bank<br>P.O. Box 1809<br>Hartford, CT 06144-1809 | Carolyn Bankowski*<br>Chapter 13 Trustee Boston<br>P.O. Box 8250<br>Boston, MA 02114-0950 | |

*service by electronic transmission

7006102v1