# INSURANCE BINDER

5/2/2016

**THIS BINDER IS A TEMPORARY INSURANCE CONTRACT, SUBJECT TO THE CONDITIONS SHOWN ON PAGE 2 OF THIS FORM.**

| AGENCY | COMPANY | BINDER # |
|---|---|---|
| Corinthian Insurance Agency Inc.<br>165 Main Street<br>Suite 214<br>Medway    MA 02053 | American Bankers Insurance | 082 |

| EFFECTIVE | | EXPIRATION | |
|---|---|---|---|
| DATE | TIME | DATE | TIME |
| 4/27/2016 | 12:01  X AM | 5/27/2016 | X 12:01 AM / NOON |

| PHONE (A/C, No, Ext): (508) 533-5103 | FAX (A/C, No): (508) 533-5109 |
|---|---|

☐ THIS BINDER IS ISSUED TO EXTEND COVERAGE IN THE ABOVE NAMED COMPANY
PER EXPIRING POLICY #: **FSL4175284**

| CODE: | SUB CODE: |
|---|---|

AGENCY CUSTOMER ID: 00005879

**INSURED AND MAILING ADDRESS**
Jean A. DeGutis, DBA: Tambark Farm
44 Warren Street
Plainville    MA 02762

**DESCRIPTION OF OPERATIONS/ VEHICLES / PROPERTY (Including Location)**
Loc#1 44 Warren Street Plainville, MA 02762
policy term 3/25/16-3/25/17 premium $4,010
See Attached Overflow Pages

## ACORD COVERAGES / LIMITS

| TYPE OF INSURANCE | COVERAGE / FORMS | DEDUCTIBLE | COINS % | AMOUNT |
|---|---|---|---|---|
| **PROPERTY** — CAUSES OF LOSS: ☐ BASIC ☐ BROAD ☒ SPEC | Dwelling, Special form | 2,500 | 100 | 250,000 |
| | Household Property, Special form | 2,500 | | 175,000 |
| | Loss of Use, Special form | | | 50,000 |
| | Related Structures, Special form | 2,500 | | 25,000 |

| GENERAL LIABILITY | | |
|---|---|---|
| ☐ COMMERCIAL GENERAL LIABILITY | EACH OCCURRENCE | $ |
| ☐ CLAIMS MADE ☐ OCCUR | DAMAGE TO RENTED PREMISES | $ |
| | MED EXP (Any one person) | $ |
| | PERSONAL & ADV INJURY | $ |
| | GENERAL AGGREGATE | $ |
| | PRODUCTS - COMP/OP AGG | $ |
| RETRO DATE FOR CLAIMS MADE: | | |

| VEHICLE LIABILITY | | |
|---|---|---|
| ☐ ANY AUTO | COMBINED SINGLE LIMIT | $ |
| ☐ ALL OWNED AUTOS | BODILY INJURY (Per person) | $ |
| ☐ SCHEDULED AUTOS | BODILY INJURY (Per accident) | $ |
| ☐ HIRED AUTOS | PROPERTY DAMAGE | $ |
| ☐ NON-OWNED AUTOS | MEDICAL PAYMENTS | $ |
| | PERSONAL INJURY PROT | $ |
| | UNINSURED MOTORIST | $ |
| | | $ |

| VEHICLE PHYSICAL DAMAGE | DED | ALL VEHICLES | SCHEDULED VEHICLES | | |
|---|---|---|---|---|---|
| ☐ COLLISION: | | | | ACTUAL CASH VALUE<br>STATED AMOUNT | $ |