UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

JEAN A. DeGUTIS,                                CHAPTER 13
                                                CASE NO. 16-11692-JFB

                    Debtor.

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

In accordance with Fed. R. Bankr. P. 9010, please enter the appearance of Anthony R.

Leone on behalf of **Webster Bank, N.A.**, a creditor herein.  The undersigned hereby requests

that he be placed on the service list and, pursuant to Fed. R. Bankr. P. 2002, demands that all

notices, papers, orders, pleadings, motions and all other documents and papers filed in

connection with this case be served upon the undersigned at the office address set forth below.

/s/ Anthony R. Leone
Anthony R. Leone, Esq. BBO #681760
Murtha Cullina LLP
99 High Street
Boston, MA 02110
(617) 457-4117 Telephone
(617) 482-3868 Facsimile
aleone@murthalaw.com

Dated: June 14, 2016

7108238v1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

JEAN A. DeGUTIS,

                              CHAPTER 13
                              CASE NO. 16-11692-JFB

                Debtor.

## CERTIFICATE OF SERVICE

I, Anthony R. Leone, hereby certify that on the 14th day of June, 2016, a copy of the

*Notice of Appearance and Request For Service of Papers*, was served through the Court's

electronic filing system on all parties registered to receive electronic notice.

                            /s/ Anthony R. Leone
                            Anthony R. Leone, Esq. BBO #681760
                            Murtha Cullina LLP
                            99 High Street
                            Boston, MA 02110
                            (617) 457-4117 Telephone
                            (617) 482-3868 Facsimile
                            aleone@murthalaw.com