# EXHIBIT E

**American Bankers**
Insurance Company of Florida

A Stock Insurance Company

8655 E. Via de Ventura
Scottsdale, AZ 85258-3321

**NEW BUSINESS - FSL-417528401-00**
POLICY DECLARATIONS * * * EFFECTIVE
12:01 AM STANDARD TIME AT MAILING
ADDRESS OF THE INSURED

**\* DIRECT BILL \***

| POLICY NUMBER | POLICY PERIOD FROM | TO | POLICY TYPE | AGENCY | PAGE 1 |
|---|---|---|---|---|---|
| FSL417528401 | 3/25/2016 | 3/25/2017 | FARMOWNER | 0BV7001-0002 | OF 3 |

| NAMED INSURED AND MAILING ADDRESS | AGENT/ACCOUNT |
|---|---|
| JEAN A DEGUTIS<br>44 WARREN STREET<br><br>PLAINVILE, MA  02762 | CORINTHIAN INSURANCE AGENCY IN<br>165 MAIN ST<br>STE 214<br>MEDWAY, MA          02053-1584<br>0002    JOSEPH SCOTT  LOMBARD |

The Insured is:
- [X] An Individual
- [ ] A Joint Venture
- [ ] A Partnership
- [ ] An Organization (Other Than A Partnership or Joint Venture)
- [ ] A Limited Liability Company

Insured premises:
| Item No. | Description | Location |
|---|---|---|
| 1 | 44 WARREN STREET, NORFOLK COUNTY, NORTH ATTLEBORO, MA  02762 | |

This replaces all previously issued Policy Declarations, if any. This Policy applies only to accidents, occurrences, or losses which happen during the Policy term shown above. This Policy applies only to those coverages below for which a limit of liability or premium charge is shown. "Our" limit of liability for each coverage shall be not more than the amount stated for such coverage, subject to all the "terms" of this Policy.

**Property Coverages**

| | A. Residence | B. Related Private Structures | C. Personal Property | D. Add'l Living Cost or Fair Rental Value |
|---|---|---|---|---|
| Limit of Liability | $ 251,000 | $ 25,100 | $ 175,700 | $ 50,200 |

| | E. Farm Barns, Buildings and Structures | F. Scheduled Farm Personal Property | G. Unscheduled Farm Personal Property |
|---|---|---|---|
| Limit of Liability | $ 216,043 | $ 15,000 | $ 0 |

**Coverage F:**
- [ ] Pro Rata Distribution Clause
- [ ] Coinsurance Clause _____ Coinsurance Percentage

**Coverage G:** [ ] _____ Coinsurance Percentage -- This replaces the percentage under Other Limitations -- Coverage G.

Additional Property Not Covered Under Coverage G:

**Deductible:** $ 2,500  All Perils Except:  F,G
[X] Refer to deductible endorsement.

A2301(1)-1095
member of **Assurant**Group.

A2301(1).meta

**American Bankers**
Insurance Company of Florida

A Stock Insurance Company

8655 E. Via de Ventura
Scottsdale, AZ 85258-3321

NEW BUSINESS - FSL-417528401-00
POLICY DECLARATIONS * * * EFFECTIVE
12:01 AM STANDARD TIME AT MAILING
ADDRESS OF THE INSURED
* DIRECT BILL *

| POLICY NUMBER | POLICY PERIOD FROM | POLICY PERIOD TO | POLICY TYPE | AGENCY | PAGE 2 |
|---|---|---|---|---|---|
| FSL 417528401 | 3/25/2016 | 3/25/2017 | FARMOWNER | 0BV7001-0002 | OF 3 |

This Policy is extended to cover the following activities, in addition to "farming":

"Farming" is extended to include:   Equine related activities as classified elsewhere on the Declarations and for which a premium is shown.

**Commercial Liability**
Coverage

Each Occurrence Limit
$1,000,000

General Aggregate Limit
(other than Products/
Completed Work)
$2,000,000

Fire Legal Liability Limit
$50,000           /per occurrence

Medical Payments to Others
$5,000           per person

Products/Completed Work
Hazard Aggregate
Limit
$2,000,000

Extra Expense Coverage -- Limit of Liability  $ POLICY LIMIT

The following "limits" replace those in the Policy for the coverages noted below:

Incidental Property Coverages -- Forms FO-1, FO-2, FO-3, FO-4, or FO-5                                Limit of Liability

| Coverage | Limit |
|---|---|
| Fire Department Service Charge | $ POLICY LIMIT |
| Credit Card, Forgery, and Counterfeit Money | $ POLICY LIMIT |
| Outdoor Antennas | $ POLICY LIMIT |
| Well Pumps | $ POLICY LIMIT |
| Private Power and Light Poles | $ POLICY LIMIT |
| Refrigerated Food Spoilage | $ POLICY LIMIT |
| Tenant's Improvements | $ NOT COVERED |

Incidental Property Coverages -- Form FO-6

| Coverage | Limit |
|---|---|
| Fire Department Service Charge | $ POLICY LIMIT |
| Property in the Care of a Common or Contract Carrier | $ POLICY LIMIT |
| Signs | $ POLICY LIMIT |
| Glass Breakage in Cabs | $ POLICY LIMIT |
| Farm Operations Records | $ POLICY LIMIT |

A2301B(1)-1095
member of **Assurant**Group.

A2301B(1).meta

**American Bankers**
Insurance Company of Florida

A Stock Insurance Company

8655 E. Via de Ventura
Scottsdale, AZ 85258-3321

NEW BUSINESS - FSL-417528401-00
POLICY DECLARATIONS * * * EFFECTIVE
12:01 AM STANDARD TIME AT MAILING
ADDRESS OF THE INSURED

**\* DIRECT BILL \***

| POLICY NUMBER | POLICY PERIOD FROM | TO | POLICY TYPE | AGENCY | PAGE 3 |
|---|---|---|---|---|---|
| FSL 417528401 | 3/25/2016 | 3/25/2017 | FARMOWNER | 0BV7001-0002 | OF 3 |

**MORTGAGEE INFORMATION**
MORTGAGEEE NAME AND MAILING ADDRESS
1) WEBSTER BANK, PO BOX 30, WATERBURY, CT 06720
LOAN NUMBER
1) LOAN# AL500004750167916

**LIENHOLDER/LOSS PAYEE INFORMATION**
SECURED PARTY NAME AND MAILING ADDRESS

LOAN NUMBER

Commercial Liability    If this is checked _____ coverage does not apply.

All known exposures at the beginning of the Policy period have been identified below.

| Classification | Code | Rating Basis | Rate | Premium |
|---|---|---|---|---|
| Saddle Animals, Comm'l. | 16401 | VARIOUS | INCLUDED | $    158 |
| Stables, Boarding | 16402 | VARIOUS | INCLUDED | 444 |
| Riding Clubs & Academies | 16200 | VARIOUS | INCLUDED | 1,353 |

SUBJECT TO THE FOLLOWING FORMS AND ENDORSEMENTS
AF-9378SM 1095, AF-9379SM 1095, B6230E0306, B6265E0410, B8240E0311, B8258E1010, B8303E0303, B8304E0303, B8344E1109, B8371E1107, CL-460 0305, FO-20 1.0, FO-208 1.0, FO-216 1.0, FO-3 1.0, FO-341 1.0, FO-342 1.0, FO-360 1.0, FO-368 1.0, FO-55 1.0
FO-6 1.0, FO-675 1006, FO-744 0610, GL-610 2.0, GL-612 1.0, GL-81 2.0, GL-810 0305, GL-9 1.0, GL-904 2.0, M8027M0409-SIG, ML-223 3.0, NIP1982-R0213

                                                               $4,280
TOTAL POLICY PREMIUM:   $4,280

COUNTERSIGNED:
By: AUTHORIZED AGENT ─────────────────────────────            DATE ─────────