United States Bankruptcy Court
District of Massachusetts

In re:  
Jean A. DeGutis  
    Debtor

Case No. 16-11692-fjb  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: telam     Page 1 of 1     Date Rcvd: Jul 26, 2016  
                     Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2016.  
db          +Jean A. DeGutis,    44 Warren Street,    Plainville, MA 02762-1806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2016 at the address(es) listed below:  
            Anthony Leone    on behalf of Creditor    Webster Bank, N.A. aleone@murthalaw.com  
            Carolyn Bankowski-13    13trustee@ch13boston.com  
            Honoria DaSilva-Kilgore    on behalf of Debtor Jean A. DeGutis hdklaw@hdklawoffices.com  
            John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV  
            Lisa M. Kresge    on behalf of Creditor    Webster Bank, N.A. lkresge@brcsm.com,  
            lormonde@brcsm.com;dantonetti@brcsm.com  
            Thomas S. Vangel    on behalf of Creditor    Webster Bank, N.A. tvangel@murthalaw.com  
                                                                                                                           TOTAL: 6

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Jean A. DeGutis      **Case/AP Number** 16-11692 **-FJB**
                                **Chapter** 13

#26 Objection to Confirmation of Plan  (RE: [16] Chapter 13 Plan) filed by Creditor Webster Bank, N.A.

#29 Response filed by Debtor Jean A. DeGutis Re: 26 Objection to Confirmation of Plan (RE: 16 Chapter 13 Plan) filed by Creditor Webster Bank, N.A.

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The objecting party shall file a certificate of conference on or before August 2, 2016.  See MLBR, Appendix 1, Rule 13-8(d) and (e).

IT IS SO ORDERED:

_/s/ Frank J. Bailey_    Dated: 07/26/2016
Frank J. Bailey
United States Bankruptcy Judge