UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>IN RE: JEAN A. DEGUTIS,<br><br>Debtor. | CHAPTER 13<br>CASE NO. 16-11692 |

**WEBSTER BANK, N.A.'S CERTIFICATE OF CONFERENCE
REGARDING WEBSTER BANK, N.A.'S OBJECTION TO DEBTOR'S
CHAPTER 13 PLAN**

Pursuant to Massachusetts Local Bankruptcy Rules, Appendix 1, Rule 13-8(D) and (E), counsel for Webster Bank, N.A. (the "Bank") hereby certifies that a telephonic conference was held on August 1, 2016, to make a good faith effort to resolve or narrow disputes as to the contents of the Objection of Webster Bank, N.A. To The Debtor's Chapter 13 Plan [Docket No. 26]. Attorney Honoria DaSilva-Kilgore was present for the Debtor and Attorneys Thomas S. Vangel and Anthony R. Leone were present for Webster Bank, N.A.

Attorney DaSilva-Kilgore informed Bank counsel that she did not have knowledge of Debtor's payment of more than one postpetition payment or payment by the Debtor of any quarterly tax payment due on August 1, 2016, but indicated that she was meeting with the Debtor on August 3, 2016 and would discuss these matters further with the Debtor. With respect to proper evidence of insurance, Attorney DaSilva-Kilgore indicated she would attempt to obtain a revised certificate of insurance from the Debtor, which listed the correct property address and contained an endorsement of the insurance agent. The parties were not able to narrow the dispute regarding Bank's contention that Debtor is using the Bank's cash collateral without prior court authorization. The parties were also not able to narrow the dispute as to the Debtor's

obligation to either modify or amend the Plan to reference the payment outside the Plan of the ongoing monthly mortgage payments to the Bank.

In view of the above, the Objection of Webster Bank, N.A. to the Debtor's Chapter 13 Plan should be scheduled for a hearing.

Respectfully submitted,

**WEBSTER BANK, N.A.**

By Its Attorneys,

/s/ Anthony R. Leone
Thomas S. Vangel, BBO #552386
Anthony R. Leone, BBO #681760
Murtha Cullina LLP
99 High Street
Boston, Massachusetts 02110-2320
Telephone:  617.457.4000
Facsimile:  617.482.3868
tvangel@murthalaw.com
aleone@murthalaw.com

DATED:  August 2, 2016

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:                                               :
                                                     :
IN RE:  JEAN A. DEGUTIS,             :        CHAPTER 13
                                                     :        CASE NO. 16-11692
            Debtor.                              :

**CERTIFICATE OF SERVICE**

    I, Anthony R. Leone, hereby certify that on the 2nd day of August, 2016, a copy of ***Webster Bank, N.A.'s Certificate of Conference***, was served through the Court's electronic filing system on all parties registered to receive electronic notice and via first class mail to the Debtor at the following address:

    Jean A. DeGutis
    44 Warren Street
    Plainville, MA 02762

    /s/ Anthony R. Leone
    Anthony R. Leone, Esq.
    BBO #681760
    Murtha Cullina LLP
    99 High Street
    Boston, MA 02110
    (617) 457-4117 Telephone
    (617) 482-3868 Facsimile
    aleone@murthalaw.com