UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: | : |
| | : |
| IN RE: JEAN A. DEGUTIS, | : CHAPTER 13 |
| | : CASE NO. 16-11692 |
| Debtor. | : |

**CERTIFICATE OF SERVICE**

    I, Anthony R. Leone, hereby certify that on the 23rd day of August, 2016, a copy of ***Webster Bank, N.A. Motion to Dismiss Debtor's Chapter 13 Case*** was served through the Court's electronic filing system on all parties registered to receive electronic notice and the following parties by first class mail listed on the attached Service List:

                        */s/ Anthony R. Leone*
                        Anthony R. Leone, Esq.
                        BBO #681760
                        Murtha Cullina LLP
                        99 High Street
                        Boston, MA 02110
                        (617) 457-4117 Telephone
                        (617) 482-3868 Facsimile
                        aleone@murthalaw.com

7186535v2

US Trustee's Office*
JW McCormack Post Office & Cthouse
5 Post Office Square, Ste. 1150
Boston, MA 02109

Jean A. DeGutis
44 Warren Street
Plainville, MA 02762-1806

Allied Account Services
422 Bedford Avenue
Bellmore, NY 11710-3564

American Express
P.O. Box 360001
Fort Lauderdale, FL 33336-0001

American Express Bank FSB
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Bank of America
P.O. Box 25118
Tampa, FL 33622-5118

Bank of America, N.A.
P.O. Box 15025
Wilmington, DE 19886-5025

Benjamin Michael & Associates
P.O. Box 41
Coram, NY 11727-0041

Discover Bank
Discover Products, Inc.
P.O. Box 3025
New Albany, OH 43054-3025

Donellon Orcutt Patch & Stallard PC
96 Broadway
Taunton, MA 02780-2533

FMA Alliance, Ltd.
P.O. Box 2409
Houston, TX 7752-2409

HarborOne Credit Union
P.O. Box 4139
Woburn, MA 01888-4139

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Law Office of Howard Lee Schiff PC
P.O. Box 280245
East Hartford, CT 06128-0245

Massachusetts Dept. of Revenue
P.O. Box 7010
Boston, MA 02204-7010

Massachusetts Dept. of Revenue
Bankruptcy Unit
P.O. 9564
Boston, MA 02114-9564

National Grid
300 Erie Blvd. West
Syracuse, NY 13202-4250

National Grid
P.O. Box 11737
Newark, NJ 07101-4737

Santoro Oil Family of Companies
P.O. Box 9063
Providence, RI 02940-9063

Southwest Credit Systems, LP
4120 International Pkwy, Ste. 1100
Carrollton, TX 75007-1958

Sunrise Credit Services
P.O. Box 9100
Farmington, NY 11735-9100

Town of Plainville
P.O. Box 1795
Plainville, MA 02762-0795

Verizon Wireless
P.O. Box 15064
Albany, NY 12212-5064

Webster Bank, N.A.
137 Bank Street
Waterbury, CT 06702-2205

Webster Bank
P.O. Box 1809
Hartford, CT 06144-1809

Webster Bank, N.A.
609 West Johnson Avenue
Chesire, CT 06410-4502

8

7186535v2

| | |
|---|---|
| Carolyn Bankowski<br>Chapter 13 Trustee Boston<br>P.O. Box 8250<br>Boston, MA 02114-0950 | Honoria DaSilva-Kilgore<br>2 Richard Street<br>P.O. Box 277<br>Raynham, MA 02767-0500 |

***served by electronic transmission**

9

7186535v2