UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>IN RE:  JEAN A. DEGUTIS,<br><br>Debtor. | CHAPTER 13<br>CASE NO. 16-11692-FJB |

### ASSENTED TO MOTION TO CONTINUE HEARING ON WEBSTER BANK, N.A.'S MOTION TO DISMISS

Webster Bank, N.A. (the "Bank") and Jean A. DeGutis (the "Debtor"), through their undersigned counsel, jointly move this Court for an Order continuing the Motion to Dismiss Hearing scheduled for September 29, 2016.  As grounds for this Motion, the Bank and Debtor (the "Parties") state as follows:

1. On September 8, 2016, the Court scheduled a non-evidentiary hearing for September 29, 2016 to consider the Bank's Motion to Dismiss.

2. On September 8, 2016, the Court held a hearing on the Bank's Objection to the Debtor's Chapter 13 Plan ("Objection Hearing").  At the Objection Hearing, the Court directed the Debtor to file an Amended Plan and Motion to Approve an Amended Plan on or before October 10, 2016 (the "Amended Plan").

3. On September 19, 2016, the Bank's counsel conferred via e-mail with the Debtor's counsel regarding the Debtor's assent to a continuance of the Motion to Dismiss Hearing in light of the Debtor's need to file an Amended Plan and the Bank's request for further documentation from the Debtor regarding:  (1) payment of the Debtor's quarterly real estate taxes; (2) the Debtor's filed income tax returns; (3) documentation evidencing the annuity/insurance policy

naming the Debtor as a beneficiary; and (4) records, spreadsheets, ledgers, or the like concerning the breakdown of income from the Debtor's operation of the equestrian farm.

4. The Debtor has not yet filed an Amended Plan and is in the process of obtaining the information requested by the Bank.

5. With the assent of the Debtor, the Bank seeks a continuance of the Motion to Dismiss Hearing until October 27, 2016 or the next available date thereafter that is convenient for the Court.

WHEREFORE, the Parties respectfully request that the Court enter an Order continuing the Motion to Dismiss Hearing until Thursday, October 27, 2016 or a date thereafter that is convenient for the Court.

7328512v1

Respectfully submitted,

**WEBSTER BANK, N.A.**

By Its Attorneys,


*/s/ Anthony R. Leone*_____
Thomas S. Vangel, BBO #552386
Anthony R. Leone, BBO #681760
Murtha Cullina LLP
99 High Street
Boston, Massachusetts 02110-2320
Telephone: 617.457.4000
Facsimile: 617.482.3868
tvangel@murthalaw.com
aleone@murthalaw.com


Assented to:

**JEAN A. DEGUTIS**

By her Attorney,


*/s/ Honoria DaSilva-Kilgore*_____
Honoria DaSilva-Kilgore, BBO #564202
Honoria DaSilva-Kilgore, P.C.
P.O. Box 277
Raynham, MA 02767
(508) 822-3200
Fax : (508) 822-328

DATED: September 21, 2016

3

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> IN RE:  JEAN A. DEGUTIS, <br><br> Debtor. | CHAPTER 13 <br> CASE NO. 16-11692 |

**CERTIFICATE OF SERVICE**

    I, Anthony R. Leone, hereby certify that on the 21st day of September, 2016, a copy of ***Assented To Motion to Continue Hearing on Webster Bank, N.A.'s Motion to Dismiss*** was served through the Court's electronic filing system on all parties registered to receive electronic notice and the following parties by first class mail listed on the attached Service List:

    */s/ Anthony R. Leone*
    Anthony R. Leone, Esq.
    BBO #681760
    Murtha Cullina LLP
    99 High Street
    Boston, MA 02110
    (617) 457-4117 Telephone
    (617) 482-3868 Facsimile
    aleone@murthalaw.com

| | | |
|---|---|---|
| US Trustee's Office*<br>JW McCormack Post Office & Cthouse<br>5 Post Office Square, Ste. 1150<br>Boston, MA 02109 | Jean A. DeGutis<br>44 Warren Street<br>Plainville, MA 02762-1806 | Allied Account Services<br>422 Bedford Avenue<br>Bellmore, NY 11710-3564 |
| American Express<br>P.O. Box 360001<br>Fort Lauderdale, FL 33336-0001 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Bank of America<br>P.O. Box 25118<br>Tampa, FL 33622-5118 |
| Bank of America, N.A.<br>P.O. Box 15025<br>Wilmington, DE 19886-5025 | Benjamin Michael & Associates<br>P.O. Box 41<br>Coram, NY 11727-0041 | Discover Bank<br>Discover Products, Inc.<br>P.O. Box 3025<br>New Albany, OH 43054-3025 |
| Donellon Orcutt Patch & Stallard PC<br>96 Broadway<br>Taunton, MA 02780-2533 | FMA Alliance, Ltd.<br>P.O. Box 2409<br>Houston, TX 7752-2409 | |
| HarborOne Credit Union<br>P.O. Box 4139<br>Woburn, MA 01888-4139 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Law Office of Howard Lee Schiff PC<br>P.O. Box 280245<br>East Hartford, CT 06128-0245 |
| Massachusetts Dept. of Revenue<br>P.O. Box 7010<br>Boston, MA 02204-7010 | Massachusetts Dept. of Revenue<br>Bankruptcy Unit<br>P.O. 9564<br>Boston, MA 02114-9564 | National Grid<br>300 Erie Blvd. West<br>Syracuse, NY 13202-4250 |
| National Grid<br>P.O. Box 11737<br>Newark, NJ 07101-4737 | Santoro Oil Family of Companies<br>P.O. Box 9063<br>Providence, RI 02940-9063 | Southwest Credit Systems, LP<br>4120 International Pkwy, Ste. 1100<br>Carrollton, TX 75007-1958 |
| Sunrise Credit Services<br>P.O. Box 9100<br>Farmington, NY 11735-9100 | Town of Plainville<br>P.O. Box 1795<br>Plainville, MA 02762-0795 | Verizon Wireless<br>P.O. Box 15064<br>Albany, NY 12212-5064 |
| Webster Bank, N.A.<br>137 Bank Street<br>Waterbury, CT 06702-2205 | Webster Bank<br>P.O. Box 1809<br>Hartford, CT 06144-1809 | Webster Bank, N.A.<br>609 West Johnson Avenue<br>Chesire, CT 06410-4502 |

5

7328512v1

Carolyn Bankowski  
Chapter 13 Trustee Boston  
P.O. Box 8250  
Boston, MA 02114-0950  

Honoria DaSilva-Kilgore  
2 Richard Street  
P.O. Box 277  
Raynham, MA 02767-0500  

***served by electronic transmission***

6

7328512v1