United States Bankruptcy Court
District of Massachusetts

In re:  
Jean A. DeGutis  
    Debtor

Case No. 16-11692-fjb  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: telam     Page 1 of 1     Date Rcvd: Sep 21, 2016  
                       Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2016.  
db           +Jean A. DeGutis,    44 Warren Street,    Plainville, MA 02762-1806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2016                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2016 at the address(es) listed below:  
         Anthony    Leone     on behalf of Creditor     Webster Bank, N.A. aleone@murthalaw.com  
         Carolyn    Bankowski-13     13trustee@ch13boston.com  
         Honoria    DaSilva-Kilgore     on behalf of Debtor Jean A. DeGutis hdklaw@hdklawoffices.com  
         John    Fitzgerald     USTPRegion01.BO.ECF@USDOJ.GOV  
         Lisa M.   Kresge     on behalf of Creditor     Webster Bank, N.A. lkresge@brcsm.com,  
    lormonde@brcsm.com;dantonetti@brcsm.com  
         Thomas S.   Vangel     on behalf of Creditor     Webster Bank, N.A. tvangel@murthalaw.com  
                                                                                                                 TOTAL: 6



09/21/2016 Granted. The hearing is hereby continued to November 3, 2016 at 10:30 A.M.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

IN RE: JEAN A. DEGUTIS,

Debtor.

CHAPTER 13
CASE NO. 16-11692-FJB

### ASSENTED TO MOTION TO CONTINUE HEARING ON WEBSTER BANK, N.A.'S MOTION TO DISMISS

Webster Bank, N.A. (the "Bank") and Jean A. DeGutis (the "Debtor"), through their undersigned counsel, jointly move this Court for an Order continuing the Motion to Dismiss Hearing scheduled for September 29, 2016. As grounds for this Motion, the Bank and Debtor (the "Parties") state as follows:

1. On September 8, 2016, the Court scheduled a non-evidentiary hearing for September 29, 2016 to consider the Bank's Motion to Dismiss.

2. On September 8, 2016, the Court held a hearing on the Bank's Objection to the Debtor's Chapter 13 Plan ("Objection Hearing"). At the Objection Hearing, the Court directed the Debtor to file an Amended Plan and Motion to Approve an Amended Plan on or before October 10, 2016 (the "Amended Plan").

3. On September 19, 2016, the Bank's counsel conferred via e-mail with the Debtor's counsel regarding the Debtor's assent to a continuance of the Motion to Dismiss Hearing in light of the Debtor's need to file an Amended Plan and the Bank's request for further documentation from the Debtor regarding: (1) payment of the Debtor's quarterly real estate taxes; (2) the Debtor's filed income tax returns; (3) documentation evidencing the annuity/insurance policy

7328512v1

naming the Debtor as a beneficiary; and (4) records, spreadsheets, ledgers, or the like concerning the breakdown of income from the Debtor's operation of the equestrian farm.

4. The Debtor has not yet filed an Amended Plan and is in the process of obtaining the information requested by the Bank.

5. With the assent of the Debtor, the Bank seeks a continuance of the Motion to Dismiss Hearing until October 27, 2016 or the next available date thereafter that is convenient for the Court.

WHEREFORE, the Parties respectfully request that the Court enter an Order continuing the Motion to Dismiss Hearing until Thursday, October 27, 2016 or a date thereafter that is convenient for the Court.

Respectfully submitted,

**WEBSTER BANK, N.A.**

By Its Attorneys,


*/s/ Anthony R. Leone*
Thomas S. Vangel, BBO #552386
Anthony R. Leone, BBO #681760
Murtha Cullina LLP
99 High Street
Boston, Massachusetts 02110-2320
Telephone: 617.457.4000
Facsimile: 617.482.3868
tvangel@murthalaw.com
aleone@murthalaw.com


Assented to:

**JEAN A. DEGUTIS**

By her Attorney,


*/s/ Honoria DaSilva-Kilgore*
Honoria DaSilva-Kilgore, BBO #564202
Honoria DaSilva-Kilgore, P.C.
P.O. Box 277
Raynham, MA 02767
(508) 822-3200
Fax : (508) 822-328

DATED: September 21, 2016

3

7328512v1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: | : |
| | : |
| IN RE: JEAN A. DEGUTIS, | : CHAPTER 13 |
| | : CASE NO. 16-11692 |
| Debtor. | : |
| | : |

**CERTIFICATE OF SERVICE**

     I, Anthony R. Leone, hereby certify that on the 21st day of September, 2016, a copy of ***Assented To Motion to Continue Hearing on Webster Bank, N.A.'s Motion to Dismiss*** was served through the Court's electronic filing system on all parties registered to receive electronic notice and the following parties by first class mail listed on the attached Service List:

                                                               */s/ Anthony R. Leone*
                                                               Anthony R. Leone, Esq.
                                                               BBO #681760
                                                               Murtha Cullina LLP
                                                               99 High Street
                                                               Boston, MA 02110
                                                               (617) 457-4117 Telephone
                                                               (617) 482-3868 Facsimile
                                                               aleone@murthalaw.com

US Trustee's Office*
JW McCormack Post Office & Cthouse
5 Post Office Square, Ste. 1150
Boston, MA 02109

Jean A. DeGutis
44 Warren Street
Plainville, MA 02762-1806

Allied Account Services
422 Bedford Avenue
Bellmore, NY 11710-3564

American Express
P.O. Box 360001
Fort Lauderdale, FL 33336-0001

American Express Bank FSB
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Bank of America
P.O. Box 25118
Tampa, FL 33622-5118

Bank of America, N.A.
P.O. Box 15025
Wilmington, DE 19886-5025

Benjamin Michael & Associates
P.O. Box 41
Coram, NY 11727-0041

Discover Bank
Discover Products, Inc.
P.O. Box 3025
New Albany, OH 43054-3025

Donellon Orcutt Patch & Stallard PC
96 Broadway
Taunton, MA 02780-2533

FMA Alliance, Ltd.
P.O. Box 2409
Houston, TX 7752-2409

HarborOne Credit Union
P.O. Box 4139
Woburn, MA 01888-4139

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Law Office of Howard Lee Schiff PC
P.O. Box 280245
East Hartford, CT 06128-0245

Massachusetts Dept. of Revenue
P.O. Box 7010
Boston, MA 02204-7010

Massachusetts Dept. of Revenue
Bankruptcy Unit
P.O. 9564
Boston, MA 02114-9564

National Grid
300 Erie Blvd. West
Syracuse, NY 13202-4250

National Grid
P.O. Box 11737
Newark, NJ 07101-4737

Santoro Oil Family of Companies
P.O. Box 9063
Providence, RI 02940-9063

Southwest Credit Systems, LP
4120 International Pkwy, Ste. 1100
Carrollton, TX 75007-1958

Sunrise Credit Services
P.O. Box 9100
Farmington, NY 11735-9100

Town of Plainville
P.O. Box 1795
Plainville, MA 02762-0795

Verizon Wireless
P.O. Box 15064
Albany, NY 12212-5064

Webster Bank, N.A.
137 Bank Street
Waterbury, CT 06702-2205

Webster Bank
P.O. Box 1809
Hartford, CT 06144-1809

Webster Bank, N.A.
609 West Johnson Avenue
Chesire, CT 06410-4502

5

7328512v1

| | |
|---|---|
| Carolyn Bankowski<br>Chapter 13 Trustee Boston<br>P.O. Box 8250<br>Boston, MA 02114-0950 | Honoria DaSilva-Kilgore<br>2 Richard Street<br>P.O. Box 277<br>Raynham, MA 02767-0500 |

***served by electronic transmission**