UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

Jean A. DeGutis
     Debtor

Chapter 13
Case No. 16-11692 FJB

## MOTION BY DEBTOR TO AMEND PLAN

Now comes Jean A. DeGutis (the "Debtor") and moves this Honorable Court for leave to amend her Chapter 13 Plan filed on May 3, 2016.  In support the Debtor states the First Amended Chapter 13 Plan being filed herewith cures the secured arrearages in full as listed in the proofs of claim filed by Webster Bank and the Town of Plainville which are secured against the Debtor's home.  In addition, the First Amended Plans will decrease the dividend to all unsecured creditors from 42% to 28.25%.  The monthly plan payment of is being increased from $2,576.00 to $3,427.00. The plan term of 60 months remain the same.

**Wherefore**, the Debtor requests this Honorable Court allow her to amend her plan and confirm the First Amended Chapter 13 Plan being filed herewith.

Jean A. DeGutis
by her attorney,

*/s/ Honoria DaSilva-Kilgore*
Honoria DaSilva-Kilgore, BBO# 564202
The Law Offices of
Honoria DaSilva-Kilgore, P.C.
2 Richard Street, P.O. Box 277
Raynham, MA  02767
(508) 822-3200
hdklaw@hdklawoffices.com

Date:  October 7, 2016

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

Jean A. DeGutis

        Debtor

Chapter 13
Case No. 16-11692 FJB

## CERTIFICATE OF SERVICE

      I hereby certify that on October 7, 2016 that I electronically filed the **Motion by Debtor to Amend Plan** with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF system and served it on the following CM/ECF participants listed below:

| | |
|---|---|
| John Fitzgerald<br>USTPRegion01.BO.ECF@USDOJ.GOV | U.S. Trustee |
| Carolyn Bankowski<br>13trustee@ch13boston.com | Chapter 13 Trustee |
| Anthony R. Leone<br>aleone@murthlaw.com | for Webster Bank, N.A. |
| Lisa M. Kresge<br>lkresge@murthalaw.com | for Webster Bank, N.A. |
| Thomas S. Vangel<br>tvangel@murthalaw.com | for Webster Bank, N.A. |

I further certify that I have this same day mailed, by first class mail, postage prepaid, the documents electronically filed with the Court to the non CM/ECF participants, interested parties and all creditors listed below:

Jean A. DeGutis                                          Debtor
44 Warren St.
Plainville, MA 02762

Allied Account Services Inc.,
422 Bedford Ave.
Bellmore, NY 11710

American Express Bank FSB
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Bank of America, N.A.
P.O. Box 31785
Tampa, FL 33631-3785

Bank of America, N.A.
P.O. Box 982284
El Paso, TX  79998-2238

Benjamin Michael & Associates
P.O. Box 41
Coram, NY 11727

Discover Bank
Discover Products Inc.
P.O. Box 3025
New Albany, OH  43054-3025

Donellon Orcutt Patch & Stallard, PC
96 Broadway
Taunton, MA 02780

FMA Alliance, Ltd.
P.O. Box 2409
Houston,TX,77252

HarborOne Bank aka HarborOne Credit Union
770 Oak Street
Brockton, MA 02301

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101

Jefferson Capital Systems, LLC
for Verizon Wireless
P.O. Box 7999
Saint Cloud, MN 56302-9617

Law Office of Howard Lee Schiff, P.C.
P.O. Box 280245
East Hartford, CT 06128-0245

Massachusetts Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

National Grid
300 Erie Blvd. West
Syracuse, NY  13202

Portfolio Recovery Associates, LLC
P.O.B. 410067
Norfolk, VA  23541

Santoro Oil Family of Companies
P.O. Box 9063
Providence, RI 02904

Southwest Credit Systems, LP
4120 International Pkwy, Suite 1100
Carrollton, TX 75007

Sunrise Credit Services
P.O. Box 9100
Farmingdale, NY 11735

Town of Plainville
142 South Street
Plainville, MA 02762

Equitation Unlimited Inc.
44 Warren Street
Plainville, MA 02762

                                          */s/ Honoria DaSilva-Kilgore*
Honoria DaSilva-Kilgore, BBO# 564202
The Law Offices of
Honoria DaSilva-Kilgore, P.C.
2 Richard Street, P.O. Box 277
Raynham, MA  02767
(508) 822-3200
hdklaw@hdklawoffices.com

H:\ch13 bks\DEG151-mta plan & COS.docx